IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT EUGENE CLEVELAND,<br><br>Defendant. | ***E-FILED - 10/20/08*** <br><br>NO. CR-92-20057-RMW<br><br>ORDER DENYING MOTION TO MODIFY SUPERVISED RELEASE |

    Robert Cleveland has moved to modify the supervised release portion of his sentence. Mr. Cleveland was sentenced on November 29, 1993 to, among other things, a term of imprisonment of 240 months followed by a 5 year term of supervised release. He apparently could be eligible to community placement as early as May 2009. Mr. Cleveland's primary request is that he be allowed to be released on supervised release in the District of Colorado. He wishes to marry his fiancé Jean Ritter and live and work in the District of Colorado.

    The court has reviewed what appear to be sincere letters from Mr. Cleveland and has reviewed a thorough Pre-Release Investigation Report by the Probation Office in the District of Colorado. The court denies Mr. Cleveland 's request to be supervised in the District of Colorado when he qualifies for halfway house placement by the Bureau of Prisons and when he is released to supervised release. The court is satisfied that the probation Office has carefully considered Mr. Cleveland's requests and concluded that release in Colorado is not in Mr. Cleveland's best interests.

EX PARTE PETITION FOR MODIFICATION OF SUPERVISED RELEASE
NO. CR-99-20057-RMW

1  This does not mean that Mr. Cleveland cannot later seek a transfer from the Northern District of
2  California to Colorado nor does it preclude a later application by Mr. Cleveland for a modification
3  of the terms of his supervised release should he believe his performance on supervised release and
4  his best interests would be served by a modification.
5       In his letter of September 28, 2008 Mr. Cleveland mare quests several orders: (1) that he be
6  permitted to leave with Jean Reiter in Colorado; (2) that FCI in Florence; Colorado schedule his
7  marriage; (3) that he be placed in a halfway house on May 6, 2209 to begin his transition back into
8  society; (4) that the probation office provide Mr. Cleveland with copies of its reports used by this
9  court in assessing Mr. Cleveland's situation; and (5) that the court issue additional conditions of
10 probation the court feels are necessary. The court has the power to modify supervised release
11 conditions but denies Mr. Cleveland's request at this time. Requests (2) and (3) are not within the
12 court's jurisdiction at this time. Request (4) is delegated to the discretion of the District of Colorado
13 Probation Department at this time. There are no modifications the court deems necessary at this
14 time to Mr. Cleveland's conditions of supervised release.

DATED: 10/17/08

_____
RONALD M. WHYTE
United States District Judge

Copy of Order Mailed to:

Office of the United States Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113-2009

*Attorney for Plaintiff United States of America*

Robert Cleveland, #90027-011
Federal Correctional Institution
P.O. Box 6000
Florence, CO 81226-6000

*Defendant In Pro Se*